PER CURIAM.
This action contesting a tax assessment is barred by the provisions of Section 194.-171(3), (5) and (6), Florida Statutes (1983). *908 The taxes in question were not paid before they became delinquent. The judgment on appeal is reversed upon authority of Reid v. Lucom, 349 So.2d 661 (Fla. 4th DCA 1977), cert. den. 358 So.2d 132 (Fla.1978), cert. den. 439 U.S. 860, 99 S.Ct. 180, 58 L.Ed.2d 169 (1978). See, also, Cowart v. Perkins, 445 So.2d 654 (Fla. 2d DCA 1984); Millstream Corporation v. Dade County, 340 So.2d 1276 (Fla. 3d DCA 1977).
Reversed and Remanded.
LETTS, HERSEY and WALDEN, JJ., concur.